MAURICE WILLIAMS,                          :
                    Petitioner             :
            v.                             : Case No. 3:14-cv-91-KRG-KAP
GERALD ROZUM, WARDEN S.C.I.                :
SOMERSET,                                  :
                    Respondent             :

## Memorandum Order

Petitioner's motion styled "Application for Relief from Judgment and/or Order under 60(b)(4)," ECF no. 13, was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(3), and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on March 20, 2018, ECF no. 14, recommending that the motion be denied.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1) they had fourteen days to file written objections to the Report and Recommendation. No timely objections have been filed.

After review of the record of this matter and the Report and Recommendation under the "reasoned consideration" standard, see EEOC v. City of Long Branch, 866 F.3d 93, 100 (3d Cir.2017) (standard of review when no timely and specific objections are filed), the following order is entered:

AND NOW, this $8th$ day of January, 2019, it is

ORDERED that the petitioner's motion at ECF no. 13 is denied. The Report and Recommendation is adopted as the opinion of the Court.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

Maurice Williams GY-0398
S.C.I. Somerset
1600 Walters Mill Road
Somerset, PA 15510